FILED

2014 FEB -5 PM 12: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 12-48 PA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | ) | |
| Velasco | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A. (T) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can remain crime free_

(B) ( Y ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by court order_

IT IS ORDERED that defendant be detained.

DATED: 2/5/14

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE