O-send

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Richard Velasco <br><br> Defendant. | Case No.: 2:12CR00048 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C.D. Cal.__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __defendant submits; nature alleged violations__

and/or

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant submits; nature alleged violations

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/27/15

_____
UNITES STATES MAGISTRATE JUDGE